# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1266
Lower Tribunal Nos. F05-3691, F05-3688, F06-9117

_____

**Mark Anthony Brooks,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Brian H. Zack, Assistant Attorney General and Michael W. Mervine, Bureau Chief, for appellee.

Before FERNANDEZ, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.